IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PURE DATA SYSTEMS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>PINTEREST, INC.<br><br>    Defendant, | Civil Action No. 1:17-cv-01587-RGA |

## DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Pure Data Systems, LLC hereby dismisses this action without prejudice. This dismissal is filed before the defendant has served any answer or a motion for summary judgement.

Dated: December 4, 2017

Respectfully submitted,

By: /s/ *Stamatios Stamoulis*
Stamatios Stamoulis #4606
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Tel: (302) 999-1540
Email: stamoulis@swdelaw.com

*Attorney for Plaintiff*
*Pure Data Systems, LLC*